Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540
(510) 266- 5580

Trustee for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In Re

Mary Tilbury

Chapter 13 Case Number:
21-40945-WJL13

Debtors(s)

## NOTICE OF CONFIRMATION HEARING DATE, TIME AND LOCATION

TO DEBTOR(S), DEBTOR(S)' ATTORNEY AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a Confirmation Hearing will be held on March 10, 2022 at 1:30 pm. The hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Date: January 12, 2022

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| | |
|---|---|
| In Re<br><br>    Mary Tilbury | Chapter 13 Case Number:<br>21-40945-WJL13 |

Debtors(s)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor  by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


January 12, 2022                                    /s/Tiffany Chow
                                                               Tiffany Chow

                                                               California Rural Legal Assistance Inc
Mary Tilbury                                            1160 N Dutton Ave #105
4616 Stauffer Place                                 Santa Rosa,CA 94501
Oakland,CA 94619
                                                               (Counsel for Debtor)
(Debtor(s))


Ashley Funding Services, Llc
Resurgent Capital Services
Po Box 10587
Greenville, SC  29603


Mccalla Raymer Leibert Pierce Llc
1544 Old Alabama Rd
Roswell, GA  30076-0000


Verizon
By American Infosource As Agent
4515 N Santa Fe Ave
Oklahoma City, OK  73118-0000


American Infosource/Verizon
4515 N Santa Fe Ave
Oklahoma City, OK  73118-0000


| | |
|---|---|
| Calhfa Mortgage Assistance Corporation<br>500 Capitol Mall #1400<br>Sacramento, CA  95814<br>(Creditor) | Prestige Default Servicing<br>1920 Old Tustin Ave.<br>Santa Ana, CA  92705<br>(Creditor) |

```
 1 │ Fay Servicing
   │ Po Box 814609
 2 │ Dallas, TX  75381
   │ (Creditor)
 3 │
   │ Energy Remodeling Inc
 4 │ 22120 Clarendon St #200
   │ Woodland Hills, CA  91367
 5 │ (Creditor)
 6 │
   │ Franchise Tax Board
 7 │ Po Box 2952
   │ Sacramento, CA  958122952
 8 │ (Creditor)
 9 │
   │ Ashley Funding C/O Resurgent Capital
10 │ Po Box 10587
   │ Greenville, SC  296030587
11 │ (Creditor)
12 │ Verizon By American Infosource As Agent
   │ Po Box 4457
13 │ Houston, TX  772104457
   │ (Creditor)
14 │
   │ Franchise Tax Board
15 │ Po Box 2952
   │ Sacramento, CA  958122952
16 │ (Creditor)
17 │
   │ Fay Servicing, Llc
18 │ Po Box 814609
   │ Dallas, TX  753814609
19 │ (Creditor)
20 │
21 │
22 │
23 │
24 │
25 │
26 │
27 │
28 │
```