Evan Livingstone, SBN 252008
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
1160 N Dutton Ave, Ste 105
Santa Rosa CA 95401
Phone: (707) 528-9941
Fax:  (707) 528-0125
Email: elivingstone@crla.org

Attorney for Debtor Mary Tilbury

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 21-40945 |
|---|---|
| Mary Tilbury | Chapter 13 |
| Debtor(s) | **NOTICE OF OPPORTUNITY TO OBJECT TO DEBTOR'S AMENDED CHAPTER 13 PLAN OF FEBRUARY 25, 2022** |
| | Judge: Hon. William J. Lafferty |

**TO ALL CREDITORS, THE CHAPTER 13 TRUSTEE AND THE UNITED STATES TRUSTEE:**

On February 25, 2022, Debtor Mary Tilbury filed and served on all creditors, an Amended Chapter 13 Plan dated February 25, 2022.

Debtor is now re-serving her Amended Chapter 13 Plan of February 25, 2022, and giving Notice to all interested parties that they have 21 days to file an objection to Debtor's Plan.

If you do not file an objection to Debtor's Plan within 21 day of the service of this Notice, the Court may confirm Debtor's Chapter 13.

Dated: May 5, 2022

/s/Evan Livingstone
Evan Livingstone
Attorney for Debtor