Evan Livingstone (SBN 252008)
California Rural Legal Assistance, Inc.
1160 N Dutton Ave, Ste 105
Santa Rosa, CA 95401
Phone: (707) 528-9941
Fax:   (707) 528-0125
Email: elivingstone@crla.org

Attorney for Debtor Mary Tilbury

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Mary Tilbury<br><br>Debtor(s) | Case No.  21-40945<br>Chapter  13<br>**NOTICE OF OPPORTUNITY FOR HEARING ON DEBTOR'S OBJECTION TO CLAIM OF US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST, CLAIM 2-1 (Local Rule 9014-1(b)(3) as modified by 3007-1(c));**<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:  Hon. William J. Lafferty<br>Hearing:  Hearing Not Set |

TO US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST and the CHAPTER 13 TRUSTEE:

NOTICE IS HEREBY GIVEN, pursuant to FRBP 3007(a), and Local Rule 9014(b)(3) as modified by Local Rule 3007-1(c), that US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST has the opportunity to request a hearing on Debtor's attached Objection to Claim No. 2.

**Any objection to the requested relief, or a request for hearing on the matter must be filed and served upon the initiating party within thirty (30) days of mailing this**

**notice;**

**Any objection or a request for hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;**

**If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.**

**In the event of a timely objection or request for a request for a hearing the initiating party will give at least the seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in this case.**

Date: June 10, 2022	/s/Evan Livingstone
Evan Livingstone
Attorney for Debtor

# CERTIFICATE OF SERVICE

I Evan Livingstone, hereby certify that on June 10, 2022, a copy of:

DEBTOR'S OBJECTION TO THE CLAIM **OF** US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST CLAIM 2, and NOTICE OF OPPORTUNITY FOR HEARING ON DEBTOR'S OBJECTION TO CLAIM OF US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST

was served to the Chapter 13 Trustee and US Trustee electronically, and by email and first-class mail to the Creditor as listed below:

Email

Martha G. Bronitsky <13trustee@oak13.com>
US Trustee/Oak <USTPRegion17.OA.ECF@usdoj.gov>
Dane Wyatt Exnowski <dane.exnowski@mccalla.com>

First Class Mail

Dane Wyatt Exnowski
McCalla Raymer Leibert Pierce, LLP
301 E Ocean Blvd. #1720
Long Beach, CA 90802

I declare under penalty of perjury the above facts to be true and correct.

Executed in Santa Rosa, California on June 10, 2022          /s/ Evan Livingstone
                                                              Evan Livingstone