Evan Livingstone (SBN 252008)
California Rural Legal Assistance, Inc.
1160 N Dutton Ave, Ste 105
Santa Rosa, CA 95401
Phone: (707) 528-9941
Fax:   (707) 528-0125
Email: elivingstone@crla.org

Attorney for Debtor Mary Tilbury

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Mary Tilbury<br><br>        Debtor(s) | Case No.   21-40945<br><br>Chapter   13<br><br>**NOTICE OF OPPORTUNITY FOR HEARING ON DEBTOR'S OBJECTION TO CLAIM OF FRANCHISE TAX BOARD, CLAIM 4-2 (Local Rule 9014-1(b)(3) as modified by 3007-1(c));**<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:    Hon. William J. Lafferty<br>Hearing:  Hearing Not Set |

TO FRANCHISE TAX BOARD and the CHAPTER 13 TRUSTEE:

     NOTICE IS HEREBY GIVEN, pursuant to FRBP 3007(a), and Local Rule 9014(b)(3) as modified by Local Rule 3007-1(c), that FRANCHISE TAX BOARD has the opportunity to request a hearing on Debtor's attached Objection to Claim No. 4-2.

**Any objection to the requested relief, or a request for hearing on the matter must be filed and served upon the initiating party within thirty (30) days of mailing this notice;**

**Any objection or a request for hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;**

**If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.**

Case: 21-40945   Doc# 75   Filed: 11/15/22   Entered: 11/15/22 21:03:45   Page 1 of 3

**In the event of a timely objection or request for a request for a hearing the initiating party will give at least the seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in this case.**

Date: November 15, 2022      /s/Evan Livingstone
                              Evan Livingstone
                              Attorney for Debtor

# CERTIFICATE OF SERVICE

I Evan Livingstone, hereby certify that on November 15, 2022, a copy of:

DEBTOR'S OBJECTION TO THE CLAIM OF FRANCHISE TAX BOARD CLAIM 4-2, and NOTICE OF OPPORTUNITY FOR HEARING ON DEBTOR'S OBJECTION TO CLAIM OF FRANCHISE TAX BOARD

was served to the Chapter 13 Trustee and US Trustee electronically, and by email and first-class mail to the Creditor as listed below:

<u>Email</u>

Martha G. Bronitsky <13trustee@oak13.com>
US Trustee/Oak <USTPRegion17.OA.ECF@usdoj.gov>

<u>First Class Mail</u>

Anthony Franklin
Bankruptcy Section MS A340
Franchise Tax Board
PO Box 2952
Sacramento, CA 95812-2952

Bob Bonta
Attorney General
1300 "I" Street
Sacramento, CA 95814-2919

I declare under penalty of perjury the above facts to be true and correct.

Executed in Santa Rosa, California on November 15, 2022     /s/ Evan Livingstone
                                                                                                                                             Evan Livingstone