| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Mary Tilbury |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of California (State) |
| Case number | 4:21-bk-40945 |

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** US Bank Trust, N.A., not in its individual capacity but solely as owner Trustee for VRMTG Asset Trust    **Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account:   8616

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ___/___/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | 7/23/21 $350.00; 8/23/21 $700.00 | (3) | $ 1,050.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 9/20/21 | (5) | $ 600.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify:_____ | | (11) | $ |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2        Notice of Postpetition Mortgage Fees, Expenses, and Charges        page 1
Case: 21-40945    Doc#    Filed: 11/30/21    Entered: 11/30/21 13:49:41    Page 1 of 4

| Debtor 1 | Mary Tilbury | Case number (if known) 4:21-bk-40945 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Erica Loftis, Esq.
   Signature

Date 11/30/2021

Print: Erica Loftis
       First Name   Middle Name   Last Name

Title: Authorized Agent for Secured Creditor

Company: Ghidotti Berger LLP

Address: 1920 Old Tustin Avenue
         Number   Street
         Santa Ana, CA 92705
         City              State   ZIP Code

Contact phone (949) 427 – 2010

Email: bknotifications@ghidottiberger.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re:  ) Case No.: 4:21-bk-40945
 )
**MARY TILBURY,** ) CHAPTER 13
 )
 Debtor(s). )
 )

## **CERTIFICATE OF SERVICE**

    I am employed in the County of Miami-Dade, State of Florida. I am over the age of eighteen and not a party to the within action. My business address is: 1031 North Miami Beach Blvd., North Miami Beach, FL 33162.

    I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On November 30, 2021, I served the foregoing documents described as *Notice of Postpetition Mortgage Fees, Expenses, and Charges* upon the following individuals by electronic means through the Court's ECF program:

**COUNSEL(S) FOR DEBTOR(S)**

Evan Livingstone    evanmlivingstone@gmail.com, evanlivingstone@ecf.courtdrive.com

**TRUSTEE(S) / TRUSTEE(S) COUNSEL(S)**

Martha G. Bronitsky   13trustee@oak13.com

U.S. Trustee    USTPRegion17.OA.ECF@usdoj.gov

On November 30, 2021, I served the foregoing documents described as *Notice of Postpetition Mortgage Fees, Expenses, and Charges* upon the following individuals by depositing true copies thereof in the United States mail at North Miami Beach, Florida enclosed in a sealed envelope, with postage paid, addressed as follows:

*Debtor*
**Mary Tilbury**
4616 Stauffer Place
Oakland, CA 94619

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                               /s/ Ricardo Becker
                                               Ricardo Becker

Case: 21-40945   Doc#   Filed: 11/30/21   Entered: 11/30/21 13:49:41   Page 4 of 4
CERTIFICATE OF SERVICE